# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Matthew Jay Ashcraft | ) | Case Number: **10 C 50150** |
| Plaintiff | ) | |
| | ) | Judge: |
| v. | ) | |
| Rockford Career College | ) | Magistrate Judge: |
| Defendant | ) | |

**CIVIL COMPLAINT**

**RECEIVED**

**JUN 1 0 2010**

Plaintiff complains and for causes of action alleges as follows:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FIRST CAUSE OF ACTION

(For Matthew Jay Ashcraft Against Rockford Career College)

1) The Plaintiff in this action, Matthew Jay Ashcraft is and at all times herein mentioned, a resident of the City of Rockford, IL County of Winnebago, State of Illinois, residing at 1724 20th Street, Apartment 2, Rockford, IL 61104.

2) The Defendant in this action is, and at all times herein mentioned, a Corporation organized and existing under the laws of both the States of Delaware and Illinois with principle offices located at 1130 S. Alpine Road, Suite 100, in the City of Rockford, County of Winnebago.

3) This case is filed before this court in re 28 U.S.C. §1331 et seq., as this court is the competent court of jurisdiction, this being a case of federal civil law.

4) The Plaintiff in this case alleges that the Defendant has violated the Plaintiff's rights under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973. Plaintiff alleges that the defendant has discriminated and retaliated against plaintiff for his filing a formal complaint of disability discrimination with the Department of Education's Office of Civil Rights. Plaintiff further claims the Defendant has INTENTIONALLY and EGREGIOUSLY caused undue and unlawful emotional distress to the Plaintiff as a result of the alleged discrimination. Plaintiff has attempted to resolve this issue through informal negotiation, without acceptable resolution.

Plaintiff seeks $ 500,000 in damages, inclusive of compensatory and punitive damages, as well as any other relief the court may find appropriate. Plaintiff seeks trial by jury in accordance with the Seventh Amendment to the United States Constitution.

6/10/10    *[signature: Matthew Jay Ashcraft]*