# United States District Court
## Northern District of Illinois
### Western Division

Matthew Jay Ashcraft            **JUDGMENT IN A CIVIL CASE**

      v.                              Case Number: 10 C 50150

Rockford Career College

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for failure to file an amended complaint. This case is closed and all pending motions are denied as moot.

Michael W. Dobbins, Clerk of Court

Date: 3/22/2011            _____
                           /s/ Susan Bennehoff, Deputy Clerk